**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

CASE NO. 18-cv-62239-Gayles/Seltzer

CONSUMERS UNIFIED, LLC,

    Plaintiff,

v.

INTERNATIONAL VAN LINES, INC.,

    Defendant.

_____/

**ORDER ON GARNISHED FUNDS**

    **THIS CAUSE** came before the Court on Defendant International Van Lines, Inc.'s Notice of Settlement. [ECF No. 35]. The Court has reviewed the notice and the record and is otherwise fully advised. Accordingly, it is **ORDERED AND ADJUDGED** as follows:

    1.    Per the Settlement Agreement between Plaintiff, Consumers Unified, LLC, and International Van Lines, Inc., Garnishee, JPMorgan Chase Bank, N.A., shall pay $33,500 by check payable to "Marcadis Singer PA Trust Account," and sent to Amy Winarsky, Esq., Marcadis Singer PA, 5104 S. Westshore Blvd., Tampa, Florida 33611.

    2.    Once this payment is made, the hold this Court placed on the garnished account [ECF No. 34 ¶ 4] shall be automatically dissolved without further action by the Court or the parties, and Garnishee shall be free to release the remaining garnished funds.

3.      Once this payment is made, Plaintiff shall pay Garnishee's counsel, Homer Bonner Jacobs, the fee of $100 in accordance with Section 77.28 of the Florida Statutes.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 9th day of August 2019.

_____
DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE

cc: All Counsel and Parties of Record